JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN W. KING,<br><br>   Petitioner,<br><br> v.<br><br>EDMUND BROWN,<br><br>   Respondent. | Case No. CV 18-09104 SVW (AFM)<br><br>**JUDGMENT** |

  In accordance with the Order Summarily Dismissing Petition for Writ of Habeas Corpus,

  IT IS ORDERED AND ADJUDGED that this action is dismissed.

DATED: January 22, 2019

                     /s/ Stephen V. Wilson
                  _____
                     STEPHEN V. WILSON
                 UNITED STATES DISTRICT JUDGE